No. 75–1674. KINGS COUNTY ET AL. *v.* SANTA ROSA BAND OF INDIANS ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–7003. SCHERER *v.* POGUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 76–158. VALENTINE ET AL. *v.* UNITED STATES;

No. 76–159. DIACO *v.* UNITED STATES; and

No. 76–334. DANSKER ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–174. MEAD JOHNSON & CO. *v.* GOODMAN, EXECUTOR. C. A. 3d Cir. Certiorari denied. 566.

No. 76–177. LUPO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–245. HURLEY *v.* UNITED STATES;

No. 76–252. DIMURO ET AL. *v.* UNITED STATES;

No. 76–5125. DOHERTY *v.* UNITED STATES; and

No. 76–5242. LUNG ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 76–259. GILLION *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 76–264. SWISHER *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 76–276. HILLSTROM ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–279. MARZANO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–288. HEYMAN, TRUSTEE *v.* DEPARTMENT OF REVENUE OF ILLINOIS. C. A. 7th Cir. Certiorari denied.